1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ANIL KUMAR,                                No. 2:16-cv-0768 KJN P
12              Plaintiff,
13        v.                                   ORDER
14  JEH JOHNSON, et al.,
15              Defendants.
16
17         Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18  U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28
19  U.S.C. § 1915.  However, the certificate portion of the request which must be completed by
20  plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a
21  certified copy of his prison trust account statement for the six month period immediately
22  preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be
23  provided the opportunity to submit a completed in forma pauperis application and a certified copy
24  in support of his application.
25         In accordance with the above, IT IS HEREBY ORDERED that:
26         1. Plaintiff shall submit, within thirty days from the date of this order, a completed
27  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
28  of Court;

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kuma0768.3c+new