UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANIL KUMAR,           No. 2:16-cv-0768 KJN P

    Plaintiff,

    v.

JEH JOHNSON, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Anil Kumar, ID # 41812327, a necessary and material witness in a settlement conference in this case on March 22, 2017, is detained in Mesa Verde Community Correctional Facility (MVCCF), in the custody of the Warden. In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Kendall J. Newman, to appear by video-conference from his present place of detainment, to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, March 22, 2017 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the detainee named above to participate in a settlement conference by video-conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, MVCCF, 425 Golden State Highway, Bakersfield, California 93301:**

**WE COMMAND** you to produce the detainee named above to testify before Judge Newman at the time and place above by video-conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Kuma0768.841