**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB 127021
Martha M. Stringer, CSB 156333

Attorneys for defendant
DURFOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL KUMAR,<br><br>    Plaintiff,<br><br>v.<br><br>JEH JOHNSON, et al.,<br><br>    Defendants. | No. 2:16-cv-0768 KJN P<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

  Plaintiff ANIL KUMAR, in pro se, and defendant DURFOR, by and through his attorney of record, stipulate to the dismissal of this action, with prejudice, each side to bear its own costs and attorneys fees.

Dated: 3/30/2017    <u>/s/ "Anil Kumar" original signature retained by counsel</u>
               ANIL KUMAR, plaintiff

Dated: 4/3/2017    WILLIAMS & ASSOCIATES

           By:<u>/s/ Martha M. Stringer</u>
             MARTHA M. STRINGER, CSB 156333
             Attorneys for defendant DURFOR

**IT IS SO ORDERED**

Dated: May 4, 2017

                  _____
                  KENDALL J. NEWMAN
                  UNITED STATES MAGISTRATE JUDGE